# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Mitzi Zuleica Escobar<br>DOB: 1988; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>16-00223MJ |

Complaint for violation of Title 21, United States Code §§ 841(a)(1) & 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 27, 2016, at or near Nogales, in the District of Arizona, Mitzi Zuleica Escobar did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 27, 2016, a white 1996 Ford Explorer approached the Interstate 19 Border Patrol Checkpoint. Mitzi Zuleica ESCOBAR was identified as the driver of the vehicle. In the pre-primary inspection area, a Border Patrol agent's trained canine partner alerted to an odor that it had been trained to detect emanating from the vehicle. Once the vehicle reached primary inspection, the primary officer told ESCOBAR to drive to the secondary inspection area. An officer searched the vehicle and discovered five cellophane wrapped packages. A representative sample from the packages was field tested and yielded positive results for the properties of methamphetamine. The packages of methamphetamine weighed 2.38 kilograms.

After waiving her Miranda rights, ESCOBAR admitted that she was aware that the vehicle contained narcotics. ESCOBAR said that she was going to be paid thirteen thousand dollars to transport the narcotics to Birmingham, Alabama.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>HHB/am<br>AUTHORIZED AUSA Heather H. Sechrist | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE BPA<br>CHAD EASTERDAY |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 31, 2016 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54